# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 10-1274 AG (CWx) | Date | August 31, 2010 |
|---|---|---|---|
| Title | KIRK HEINTZ V. WACHOVIA MORTGAGE, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**     **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION**

The complaint seeks to allege diversity jurisdiction.  *See* 28 U.S.C. § 1332.  However, the exercise of diversity jurisdiction would be improper for the reason(s) checked below:

[  ]   The complaint sets forth only the residence, rather than the citizenship, of the parties, but diversity or alienage is based upon a party's citizenship.  *See* 28 U.S.C. 1332(a).

[ X ]   A corporation is joined as a party.  The complaint fails to set forth either the corporation's state of incorporation or its principal place of business (both must be set forth).  *See* 28 U.S.C. § 1332(c).

[ ]   A partnership or unincorporated association is joined as a party.  For diversity or alienage jurisdiction to be proper, none of the partners or members, including limited partners, can be a citizen of the same state as any opposing party.  The citizenship of all the entity's partners must therefore be alleged.  *Carden v. Arkoma Assocs.*, 494 U.S. 185, 192-96, 110 S. Ct. 1015, 1019-21, 108 L. Ed. 2d

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | SACV 10-1274 AG (CWx) | Date | August 31, 2010 |
|---|---|---|---|
| Title | KIRK HEINTZ V. WACHOVIA MORTGAGE, et al. | | |

157 (1990); *Rockwell Int'l Credit Corp. v. United States Aircraft Ins. Group*, 823 F.2d 302, 304 (9th Cir. 1987).

[  ]   All plaintiffs are not diverse from all defendants.  *See* 28 U.S.C. § 1332; *see also Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267 (1806).

[  ]   The complaint fails to allege the citizenship of one or more parties.  *See* 28 U.S.C. § 1332.

[ X  ]   The complaint fails to allege an amount in controversy in excess of $75,000.  *See* 28 U.S.C. § 1332.

[  ]   Defendant did not timely remove the Complaint.  *See* 28 U.S.C. § 1446(b).

Accordingly, the Court orders Plaintiff(s) to show cause in writing by Tuesday, September 14, 2010, why this action should not be dismissed for lack of subject matter jurisdiction.  Defendant(s) may submit a response by Tuesday, September 28, 2010.  An amended complaint correcting the deficiencies will be deemed a sufficient response to this order to show cause.  This matter is set for oral argument on Monday, October 4, 2010 at 10:00 a.m.

                                                                                    :     0

                                    Initials of
                                    Preparer